UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, as Trustee for, THE CONFEDERATED TRIBES OF THE COLVILLE INDIAN RESERVATION,<br><br>Plaintiff,<br><br>v.<br><br>RANDY ZACHERLE, TAMI ZACHERLE, and JOHN DOES I-X,<br><br>Defendants. | No. CV-06-0304-FVS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |

BEFORE THE COURT is Plaintiff's Motion for Judgment upon Order of Default. (Ct. Rec. 7). Timothy M. Durkin represents Plaintiff. Defendants Randy and Tami Zacherle have failed to respond or otherwise contact the Court with respect to the instant action.

On November 2, 2006, Plaintiff filed a complaint for writ of eviction and for monies owed. (Ct. Rec. 1). On November 21, 2006, Defendant Randy Zacherle was served with a copy of the Summons and Complaint in this action by the United States Marshal at Okanogan, Washington, and Defendant Tami Zacherle was served with a copy of the Summons and Complaint in this action by the United States Marshal at Nespelem, Washington. (Ct. Rec. 7 ¶ 1). The return of service was filed with the Court on November 27, 2006. (Ct. Rec. 2). On February

ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT - 1

6, 2007, Plaintiff moved for entry of default against Defendants. (Ct. Rec. 3). An order of default against Defendants was entered on February 27, 2007. (Ct. Rec. 5).

Plaintiff has demonstrated that Defendants are indebted to Plaintiff in the amount of $100,025.16.[1] (Ct. Rec. 7 ¶ 3). This balance includes 60 months rental at $1,000.00 per month, less $4,163.89 Defendants paid, plus accumulated interest, at the contract rate of 18% per annum ($28,025.16), less an offset of $2,836.11, plus an additional $19,000.00 for 19 months of rent from September 1, 2001 to March 17, 2003, at $1,000.00 per month. (Ct. Rec. 7 ¶ 3). Defendants are additionally liable for Plaintiff's costs ($402.41), as well as post-judgment interest at the legal rate until paid in full. (Ct. Rec. 7 ¶¶ 6-7).

Having complied with the requirements of Fed. R. Civ. P. 55 and LR 55.1, Local Rules for the Eastern District of Washington, and the Court being fully advised,

**IT IS HEREBY ORDERED:**

1. Plaintiff's motion for default judgment as to Randy Zacherle and Tami Zacherle (**Ct. Rec. 7**) is **GRANTED**.

2. **JUDGMENT IS RENDERED IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANTS FOR THE AMOUNTS DESCRIBED ABOVE.**

///

---

[1] Plaintiff also indicate that Defendants continued to detain/trespass for an approximate additional 51 months, from March 2003 through at least June 2007. Although Defendants would thus be liable for an additional $51,000.00, Plaintiff, at this time, is not seeking judgment for this additional amount. (Ct. Rec. 7 at 3).

ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT - 2

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to counsel and Defendants. Judgment shall be entered for Plaintiff and the file shall be **CLOSED.**

**DATED** this __10th__ day of November, 2008.

                     S/Fred Van Sickle
                     Fred Van Sickle
           Senior United States District Judge