AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*Eastern District of Washington*

United States of America,
  as Trustee for the Conferated Tribes of the
  Colville Indian Reservation,

                v.

Randy Zacherle, et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-304-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED judgment is rendered in favor of Plaintiff and against Defendants and the file shall be closed.

November 10, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer